17-cv-7579 (KAM)

FILED Rec'd 2/6/18
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 05 2018 ★
BROOKLYN OFFICE

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

BROOKLYN, NY 11201   OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $3.35 | | 0013 |
| $ $2.75 | | 43 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $2.87 | | |
| Total Postage and Fees $8.97 | | 01/12/2018 |

Sent To: U.S.A U.S. Attorney's Office - EDNY
Street and Apt. No., or PO Box No.: 271 Cadman Plaza East
City, State, ZIP+4: Brooklyn, NY 11201

7017 2680 0000 9634 0373

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 1/18/18 |
| 1. Article Addressed to:<br><br>U.S.A<br>U.S. Attorney's Office - EDNY<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br><br>9590 9402 1237 5246 7980 53 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature   ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☑ Certified Mail®   ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation™<br>☐ Insured Mail   ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7017 2680 0000 9634 0373 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MATSUMOTO, J.

BLOOM, M.J.

CV 17-07579

| Pei Ju Zheng | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| United States of America; U.S. Department of Agriculture | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  1) United States of America, U.S. Attorney's Office- EDNY, 271 Cadman Plaza East, Brooklyn, NY 11201

2) U.S. Department of Agriculture, 1400 Independence Avenue, S.W., Washington, D.C. 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Pro Se: Pei Ju Zheng, 1065 67th Street, Apt. 2B, Brooklyn, NY 11219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 12/29/17    Reissued 2/6/18

*Signature of Clerk or Deputy Clerk*

PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                                    *Server's signature*

                                               _____
                                                    *Printed name and title*


                                               _____
                                                    *Server's address*

Additional information regarding attempted service, etc: