17-cv-7579( KAM)

recv'd 2/6/18

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 05 2018 ★
BROOKLYN OFFICE

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20250  OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| $ | $2.75   0013  43 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $2.87 |
| Total Postage and Fees $ | $8.97 |
| Postmark Here | 01/12/2018 |

Sent To U.S. Dept. of Agriculture
Street and Apt. No., or PO Box No. 1400 Independence Ave, S.W.
City, State, ZIP+4® Washington, D.C. 20250

7017 2680 0000 9634 0380

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept of Agriculture
1400 Independence Ave, S.W.
Washington, DC 20250



9590 9402 2862 7069 3070 75

2. Article Number (Transfer from service label)
7017 2680 0000 9634 0380

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X J. Stephens      OGC
☒ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
J STEPHENS   1/24/18

D. Is delivery address different from item 1?  ☒ Yes

USDA, OGC
PO BOX 1134
HARRISBURG, PA 17103-1134

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MATSUMOTO, J.

BLOOM, M.J.

CV 17-07579

| | |
|---|---|
| Pei Ju Zheng <br><br> *Plaintiff(s)* <br> v. <br><br> United States of America; U.S. Department of Agriculture <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1) United States of America, U.S. Attorney's Office- EDNY, 271 Cadman Plaza East, Brooklyn, NY 11201

2) U.S. Department of Agriculture, 1400 Independence Avenue, S.W., Washington, D.C. 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Pro Se: Pei Ju Zheng, 1065 67th Street, Apt. 2B, Brooklyn, NY 11219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 12/29/17

*Signature of Clerk or Deputy Clerk*

PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                *Server's signature*

                              _____
                                *Printed name and title*


                              _____
                                *Server's address*

Additional information regarding attempted service, etc: